IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RONALD JOHNSON, | ) |
|       Plaintiff, | ) ) ) |
| v. | )   05 C 6545 ) )   Judge Nordberg |
| CITY OF CHICAGO and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) |
|       Defendants. | )   JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, RONALD JOHNSON, by his attorneys, LOEVY & LOEVY, under Fed. R. Civ. P. 15, requests leave of this Court to file the attached First Amended Complaint. In support, Plaintiff states as follows:

1. Based on documents tendered by the City of Chicago, Plaintiff has learned the identity of three individual Defendants in this case.

2. Specifically, Plaintiff has learned that proposed Defendants Katalinic and McHale were the arresting officers who violated Plaintiff's civil rights, and Defendant Armor was the lockup keeper officer who violated Plaintiff's civil rights. Plaintiff therefore now seeks leave to file his First Amended Complaint, attached hereto as Exhibit A, which has been amended to include his present claims against these individuals.

3. No party has filed a responsive pleading and, therefore, Plaintiff is entitled as a matter of course to amend his Complaint under Fed. R. Civ. P. 15.

WHEREFORE, Plaintiff, RONALD JOHNSON, respectfully requests leave of this Court to file his First Amended Complaint, and any other relief this Court deems just and necessary.

RESPECTFULLY SUBMITTED,

/S/ Samantha Liskow
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Mark Loevy-Reyes
Samantha Liskow
LOEVY & LOEVY
312 North May, Suite 100
Chicago, IL 60607
(312) 243-5900