IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RONALD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 05 C 6545 |
| | ) | |
| vs. | ) | Judge Hibbler |
| | ) | Magistrate Judge Valdez |
| CITY OF CHICAGO, CHICAGO POLICE OFFICERS CHRISTOPHER KATALINIC, ROBERT McHALE, LOUIS GARCIA, CRAIG BROWNFIELD, CURTIS HINKLE, SHAUN WILLIAMS, NICHOLAS WHITE, JIM WALSH, and UNKNOWN CHICAGO POLICE OFFICERS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | JURY DEMANDED |

**PLAINTIFF'S JOINT EXHIBITS IN SUPPORT OF HIS STATEMENT OF ADDITIONAL FACTS AND IN SUPPORT OF HIS RESPONSE TO DEFENDANT OFFICERS' LOCAL RULE 56.1 STATEMENT OF FACTS**

Plaintiffs, RONALD JOHNSON, through his attorney, LOEVY & LOEVY, present his joint set of exhibits in support of his Local Rule 56.1(b)(3)(c) Statement of Additional Material Facts and in response to Defendants' Local Rule 56.1 Statement of Material Facts.

A. Deposition Testimony of Plaintiff, Ronald Johnson
B. Deposition Testimony of Alsusia Collins
C. Deposition Testimony of Alicia Collins
D. Deposition Testimony of Defendant Officer Robert McHale
E. Deposition Testimony of Defendant Officer Christopher Katalinic
F. Expert Report of Joseph Stine (selection)
G. Deposition Testimony of Defendant Officer Craig Brownfield
H. Deposition Testimony of Defendant Officer Louis Garcia
I. Chicago Police Department "Event Query" for 7700 S. Euclid, April 17, 2005
J. Defendants McHale and Katalinic's Response to Plaintiff's Second Set of Interrogatories
K. Deposition Testimony of Defendant Officer James Walsh
L. Deposition Testimony of Defendant Officer Nicholas White
M. Deposition Testimony of Defendant Officer Shaun Williams
N. Deposition Testimony of Defendant Officer Curtis Hinkle
O. Defendant Katalinic's Responses to Plaintiff's First Set of Interrogatories

| | |
|---|---|
| P. | Defendant McHale's Responses to Plaintiff's First Set of Interrogatories |
| Q. | Deposition Testimony of Assistant State's Attorney Suzi Collins |
| R. | Deposition Testimony of Kenneth Holiday |
| S. | City of Chicago's Answer to Plaintiff's First Set of Interrogatories |
| T. | Plaintiffs' Requests for Production to all Defendants (Group Exhibit) |
| U. | Color mug shot photographs of Plaintiff Ronald Johnson on the day of his arrest |
| V. | April 17, 2005 report of Plaintiff's Ronald Johnson's arrest |
| W. | April 17, 2005 "vice case report" |
| X. | Ronald Johnson's medical records from Roseland Hospital |

RESPECTFULLY SUBMITTED,

S/ Samantha Liskow
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Mark Reyes
Samantha Liskow
LOEVY & LOEVY
312 N. May St., Suite 100
Chicago, IL 60607
(312) 243-5900

### NOTICE OF FILING/CERTIFICATE OF SERVICE

I, Samantha Liskow, an attorney, certify that on December 12, 2008, I filed the attached Plaintiff's List of Exhibits File in Opposition to the Defendant Officers' Motion for Summary Judgment and served it on all defense counsel by ECF electronic filing.

/s/ Samantha Liskow